UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**CITY OF WAUKESHA,**
    Plaintiff,

 v.            Case No. 04C0487

**PDQ FOOD STORES, INC.,**
    Defendant.

---

## ORDER

 **IT IS ORDERED** that the telephonic Fed. R. Civ. P. 16(b) scheduling conference previously scheduled for August 17, 2004 at 10:30 a.m., **HAS BEEN RESCHEDULED** to **September 8, 2004 at 2:00 p.m.** The court will initiate the call. The participation of the attorney who will be handling the case is required.

 Dated at Milwaukee, Wisconsin, this 19 day of August, 2004.

            /s_____
            LYNN ADELMAN
            District Judge